## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LAW DEBENTURE TRUST COMPANY OF
NEW YORK, solely in its capacity as Separate
Trustee of the SECURITIZED ASSET
BACKED RECEIVABLES LLC TRUST 2006-
WM2 (SABR 2006-WM2),

        Case No: 3:12-cv-01538-CSH

        Plaintiff,

        v.

WMC MORTGAGE, LLC f/k/a WMC
MORTGAGE CORP.,

        Defendant.

## DECLARATION OF DANIEL V. WARD

I, Daniel V. Ward, declare as follows:

1.      I was admitted to practice in the District of Massachusetts in 2006.  This Court granted my Motion to Appear *Pro Hac Vice* on January 7, 2013. (*See* ECF No. 29.)  I am a partner in the Boston office of Ropes & Gray LLP, attorneys for Plaintiff Law Debenture Trust Company of New York, solely in its capacity as separate trustee for the Securitized Asset Backed Receivables LLC Trust 2006-WM2 (the "Separate Trustee") in the above-titled action.  My business address is 800 Boylston Street, Boston, MA 02199.

2.      I submit this Declaration in support of Plaintiff's Opposition to WMC Mortgage LLC's Motion for Partial Summary Judgment.  Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion, the accompanying Memorandum of Law in Support, or WMC's Local Rule 56(a)1 Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment on Notice and Materiality.

3.      Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of the Securitized Asset Backed Receivables LLC Trust 2006-WM2 Free Writing Prospectus Supplement ("Prospectus Supplement"), dated as of October 12, 2006.

4.      Attached hereto as **Exhibit B** is a true and correct copy of Exhibit 67 to the Deposition of Rosie Nguyencuu (August 29, 2011 letter from Kasowitz, Benson, Torres & Friedman LLP), Bates stamped as SABR2006-WM2-00013339-41.

5.      Attached hereto as **Exhibit C** is a true and correct copy of excerpts of the deposition transcript of Rosie Nguyencuu, dated November 18, 2015.

6.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the deposition transcript of Richard W. Payne, III, dated October 6, 2016.

7.      Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the deposition transcript of David E. Abshier, dated October 27, 2016.

8.      Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the deposition transcript of David Riedel, in the matter captioned *Deutsche Bank National Trust Company v. WMC Mortgage, LLC*, 12-CIV-933 (CSH) (D. Conn.), dated March 22, 2016.

9.      Attached hereto as **Exhibit G** is a true and correct copy of excerpts of the deposition transcript of Lisa Michelle Mentzer, dated November 25, 2015.

10.     Attached hereto as **Exhibit H** is a true and correct copy of excerpts of the deposition transcript of Cathy Hamilton, dated October 22, 2015.

11.     Attached hereto as **Exhibit I** is a true and correct copy of Exhibit 87 to the deposition of James Zollo, Bates stamped as WMC-SABR06WM2-01543541-54.

12.     Attached hereto as **Exhibit J** is a true and correct copy of the Separate Trustee's First Request for Production of Documents.

-3-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.


Executed:       Boston, MA
                January 20, 2016


                                                By:     */s/ Daniel V. Ward*
                                                        Daniel V. Ward

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2017, the foregoing Declaration of Daniel V. Ward was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ Kevin C. Brown*
Kevin C. Brown