IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAW DEBENTURE TRUST COMPANY OF NEW YORK, solely in its capacity as Separate Trustee of the Securitized Asset Backed Receivables LLC Trust 2006-WM2,<br><br>Plaintiff,<br><br>v.<br><br>WMC MORTGAGE, LLC, f/k/a WMC MORTGAGE CORP.,<br><br>Defendant. | Civ. Action No.: 13-cv-1538-CSH |

**DECLARATION OF MATTHEW S. HELLMAN**

I, Matthew S. Hellman, declare as follows:

1. I was admitted to practice in the District of Columbia in 2003. This Court granted my Motion to Appear *Pro Hac Vice* on February 15, 2013. (*See* Dkt. 43.) I am a partner in the Washington, D.C. office of Jenner & Block LLP, attorneys for Defendant WMC Mortgage, LLC in the above-titled action. My business address is 1099 New York Avenue, NW, Suite 900, Washington, D.C. 20001-4412.

2. I submit this Declaration in support of WMC's Motion for Partial Summary Judgment on Notice and Materiality ("Motion"). Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion, the Memorandum of Law in Support, the Reply Memorandum of Law in Support, WMC's Local Rule 56(a)1 Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment on Notice and Materiality, or WMC's Response to Law Debenture's 56(a)(2) Statement of Fact in Opposition.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the November 18, 2015 deposition of Rosie Nguyencuu.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Rosie Nguyencuu, dated October 2, 2014 and filed in *Deutsche Bank Nat'l Trust Co. v. WMC Mortgage, LLC,* Case Nos. 12-933, 12-969, 12-1699, 13-1347 (D. Conn.), Dkt. 135.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an August 25, 2016 letter from counsel for WMC and counsel for Deutsche Bank National Trust Co. to the Honorable Charles S. Haight, Jr., filed in *Deutsche Bank Nat'l Trust Co. v. WMC Mortgage, LLC,* Case Nos. 12-933, 12-969, 12-1699, 13-1347 (D. Conn.), Dkt. 212.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the June 12, 2015 Declaration of Edward E. Leamer, PHD, filed in this action, Dkt. 90-1.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the November 3, 2015 deposition of Tina Ganwani.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document dated March 2, 2006 and entitled "Focus on Fraud: For Profit and Property – Participant Guide for Instructor Led Training," Bates stamped as WMC-SABR06WM2-01472030-67.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a document dated March 28, 2006 and entitled "Focus on Fraud: For Profit and Property – Facilitators Guide for Instructor Led Training," Bates stamped as WMC-SABR06WM2-01471918-67.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the November 25, 2015 deposition of Lisa Mentzer.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the transcript of the September 16, 2015 deposition of Jennifer Shwed.

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the transcript of the November 16, 2015 deposition of Mark Jackman.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a September 18, 2006 email from Jason McIlvain to Kelly Dains and others, Bates stamped as WMC-SABR06WM2-01591404-05.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the transcript of the February 17, 2015 deposition of Elizabeth Haefs.

15. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the transcript of the February 9, 2015 deposition of Michael Wojcik.

16. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the transcript of the October 22, 2015 deposition of Cathy Hamilton.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a September 14, 2006 email from Kenneth Schluenz to David Boysen, Bates stamped as WMC-SABR06WM2-01590512-14.

18. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the Securitized Asset Backed Receivables LLC Trust 2006-WM2 Free Writing Prospectus ("Prospectus Supplement").

19. Attached hereto as **Exhibit 17** is a true and correct copy of *Bank of N.Y. Mellon v. WMC Mortg., LLC*, No. 12-cv-7096 (DLC) (S.D.N.Y. Aug. 18, 2015), Dkt. No. 323.

20. Attached hereto as **Exhibit 18** is a true and correct copy of *Residential Funding Co., LLC v. Quicken Loans, Inc.*, No. 27-cv-14-3111 (Minn. 4th Jud. Dist. Feb. 1, 2017).

21. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the transcript of the September 3, 2015 deposition of Dr. Nelson R. Lipshutz.

Executed:	Washington, D.C.
	February 14, 2017

					By:	/s/ Matthew S. Hellman
						Matthew S. Hellman

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2017, the foregoing ***Declaration of Matthew S. Hellman*** was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the court's CM/ECF System.

          /s/ Howard K. Levine
Howard K. Levine (ct10555)

{N5303349}