UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TMI TRUST COMPANY, solely in its capacity as Separate Trustee of the SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM2 (SABR 2006-WM2),<br><br>Plaintiff,<br><br>           v.<br><br>WMC MORTGAGE, LLC f/k/a WMC MORTGAGE CORP.,<br><br>Defendant. | Civil Action No.<br>3:12-cv-01538 (CSH) |

**WMC MORTGAGE, LLC'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF NIGEL D. BRAZIER**

Anthony M. Fitzgerald (ct04167)
Howard K. Levine (ct10555)
CARMODY TORRANCE
SANDAK & HENNESSEY LLP
195 Church St., 18th Floor
New Haven, CT 06509
Phone: 203 777-5501
Fax: 203 784-3199

Barbara S. Steiner (*pro hac vice*)
Megan B. Poetzel (*pro hac vice*)
Michael A. Doornweerd (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Phone: 312 222-9350
Fax: 312 527-0484

Matthew S. Hellman (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave NW
Washington, DC 20001-4412
Phone: 202 639-6000
Fax: 202 639-6066

*Attorneys for Defendant WMC Mortgage, LLC*

ORAL ARGUMENT REQUESTED

WMC Mortgage, LLC ("WMC") respectfully submits this Reply Memorandum in Support of its Motion to Exclude the Expert Testimony of Mr. Nigel D. Brazier, a servicing expert offered by Plaintiff TMI Trust Company, solely as Separate Trustee of the Securitized Asset Backed Receivables LLC Trust 2006-WM2 ("TMI," as Separate Trustee of the "Trust").

## ARGUMENT

**I.   Mr. Olasov's ▮▮▮▮▮ Testimony Is Relevant To TMI's Improper Claim For Damages Outside The Contractual Repurchase Remedy.**



As WMC has explained in its Mason *Daubert* and accompanying Reply Memorandum, WMC agrees that TMI does not need to prove causation to recover the contractual Repurchase Price. (WMC's Mot. to Partially Exclude the Expert Test. of Dr. Joseph R. Mason at 21, Oct. 6, 2017, Dkt. 185 ("WMC's Mason *Daubert*").)  But to the extent TMI is allowed to pursue Rescissory Damages[1] (and for the reasons set forth in the Mason briefing, it should not be permitted to do so), then TMI has to prove causation like any other breach of contract plaintiff. (*See id*. at 22-24.)  As such, Mr. Olasov's testimony remains highly relevant to the extent that TMI is seeking damages other than pursuant to the PSA's Repurchase Price formula.

---

[1] TMI acknowledges that Dr. Mason's "Benefit of the Bargain Damages" calculations are not an independent measure of damages but are instead duplicative of his Rescissory Damages calculations.  (TMI's Mem. in Opp'n to WMC's Mot. to Partially Exclude the Test. of Dr. Joseph R. Mason at 2 n.1, Oct. 20, 2017, Dkt. 196.)

1

**II.     Mr. Brazier's Opinions Should Be Excluded As Unreliable Because He Did Not Consider Sufficient Facts Or Data To Support His Conclusions.**

[Redacted]



## CONCLUSION

For the foregoing reasons and those provided in the Brazier *Daubert*, WMC respectfully submits that this Court should exclude the expert opinions of Mr. Nigel D. Brazier.



Dated: November 3, 2017                                       Respectfully submitted,

**CARMODY TORRANCE SANDAK & HENNESSEY LLP**

 /s/ Howard K. Levine

| | |
|---|---|
| Anthony M. Fitzgerald (ct04167) | Barbara S. Steiner (*pro hac vice*) |
| Howard K. Levine (ct10555) | Megan B. Poetzel (*pro hac vice*) |
| CARMODY TORRANCE | Michael A. Doornweerd (*pro hac vice*) |
| SANDAK & HENNESSEY LLP | JENNER & BLOCK LLP |
| 195 Church St., 18th Floor | 353 N. Clark St. |
| New Haven, CT 06509 | Chicago, IL 60654 |
| Phone: 203 777-5501 | Phone: 312 222-9350 |
| Fax: 203 784-3199 | Fax: 312 527-0484 |

Matthew S. Hellman (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave NW
Washington, DC 20001-4412
Phone: 202 639-6000
Fax: 202 639-6066

*Attorneys for Defendant WMC Mortgage, LLC*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November, 2017, the foregoing WMC MORTGAGE, LLC'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF NIGEL D. BRAZIER was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF System.

/s/ Howard K. Levine
Howard K. Levine (ct10555)
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT  06509-1950
Tel:  203-777-5501
Fax:  203-784-3199
E-mail:  hlevine@carmodylaw.com