# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TMI TRUST COMPANY, solely in its capacity as Separate Trustee of the SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM2 (SABR 2006-WM2),

Plaintiff,

v.

WMC MORTGAGE, LLC f/k/a WMC MORTGAGE CORP.,

Defendant.

Civil Action No.
3:12-cv-01538 (CSH)

## WMC MORTGAGE, LLC'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE THE EXPERT TESTIMONY OF PETER M. ROSS

Anthony M. Fitzgerald (ct04167)
Howard K. Levine (ct10555)
CARMODY TORRANCE
SANDAK & HENNESSEY LLP
195 Church St., 18th Floor
New Haven, CT 06509
Phone: 203 777-5501
Fax: 203 784-3199

Barbara S. Steiner (*pro hac vice*)
Megan B. Poetzel (*pro hac vice*)
Michael A. Doornweerd (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Phone: 312 222-9350
Fax: 312 527-0484

Matthew S. Hellman (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave NW
Washington, DC 20001-4412
Phone: 202 639-6000
Fax: 202 639-6066

*Attorneys for Defendant WMC Mortgage, LLC*

ORAL ARGUMENT REQUESTED

# TABLE OF CONTENTS

ARGUMENT ...................................................................................................................1

I.    Mr. Olasov's ████████ Testimony Is Relevant To TMI's Improper Claim For
      Damages Outside The Contractual Repurchase Remedy. .................................................1

II.   Mr. Ross's Testimony Should Be Excluded As Unhelpful And Unreliable.......................2

      A.    ████████████████████████████████████████████████
            ██████████████████████.................................................................................2

      B.    Mr. Ross's Testimony Is Unreliable Because He Did Not Consider
            Sufficient Facts Or Data To Support His Conclusions. ...........................................4

CONCLUSION...............................................................................................................6

WMC Mortgage, LLC ("WMC") respectfully submits this Reply Memorandum in Support of its Motion to Exclude the Expert Testimony of Mr. Peter M. Ross, a servicing expert offered by Plaintiff TMI Trust Company, solely as Separate Trustee of the Securitized Asset Backed Receivables LLC Trust 2006-WM2 ("TMI," as Separate Trustee of the "Trust").

## ARGUMENT

**I.     Mr. Olasov's ▮▮▮▮▮ Testimony Is Relevant To TMI's Improper Claim For Damages Outside The Contractual Repurchase Remedy.**



As WMC has explained in its Mason *Daubert* and accompanying Reply Memorandum, WMC admits that TMI need not prove causation to recover the contractual Repurchase Price. (WMC's Mot. to Partially Exclude the Expert Test. of Dr. Joseph R. Mason at 21, Oct. 6, 2017, Dkt. 185 ("WMC's Mason *Daubert*").) But to the extent TMI seeks to recover Rescissory Damages[1] (and for the reasons set forth in the Mason *Daubert* briefing, it should not be permitted to do so), then TMI has to prove causation like any other breach of contract plaintiff. (*See* WMC's Mason *Daubert* at 22-24, Dkt. 185.) As such, Mr. Olasov's testimony remains highly relevant to the extent that TMI seeks any measure of damages that fall outside of the PSA's Repurchase Price formula.

---

[1] TMI acknowledges that Dr. Mason's "Benefit of the Bargain Damages" calculations are not an independent measure of damages but are instead duplicative of his Rescissory Damages calculations. (TMI's Mem. in Opp'n to WMC's Mot. to Partially Exclude the Test. of Dr. Joseph R. Mason at 2 n.1, Oct. 20, 2017, Dkt. 196.)

## II.   Mr. Ross's Testimony Should Be Excluded As Unhelpful And Unreliable.

The balance of TMI's brief is largely non-responsive to WMC's Ross *Daubert* motion.



████████████████████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████ That makes Mr. Ross's testimony unhelpful and irrelevant, and it should accordingly be excluded.

**B.      Mr. Ross's Testimony Is Unreliable Because He Did Not Consider Sufficient Facts Or Data To Support His Conclusions.**

TMI's last defense of Mr. Ross's testimony is no defense at all, but rather a misdirected attack on Mr. Olasov's testimony. ████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

4



**CONCLUSION**

For the foregoing reasons and those provided in the Ross *Daubert*, WMC respectfully submits that this Court should exclude the expert opinions of Mr. Peter Ross.

Dated: November 3, 2017

Respectfully submitted,

**CARMODY TORRANCE SANDAK &
HENNESSEY LLP**

 /s/ Howard K. Levine

Anthony M. Fitzgerald (ct04167)
Howard K. Levine (ct10555)
CARMODY TORRANCE
SANDAK & HENNESSEY LLP
195 Church St., 18th Floor
New Haven, CT 06509
Phone: 203 777-5501
Fax: 203 784-3199

Barbara S. Steiner (*pro hac vice*)
Megan B. Poetzel (*pro hac vice*)
Michael A. Doornweerd (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Phone: 312 222-9350
Fax: 312 527-0484

Matthew S. Hellman (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave NW
Washington, DC 20001-4412
Phone: 202 639-6000
Fax: 202 639-6066

*Attorneys for Defendant WMC Mortgage, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2017, the foregoing WMC

MORTGAGE, LLC'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO

EXCLUDE THE EXPERT TESTIMONY OF PETER M. ROSS was filed electronically via the

Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation

of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

Parties may access this filing through the court's CM/ECF System.


/s/ Howard K. Levine
Howard K. Levine (ct10555)
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT  06509-1950
Tel:  203-777-5501
Fax:  203-784-3199
E-mail:  hlevine@carmodylaw.com