UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TMI TRUST COMPANY, solely in its capacity as Separate Trustee of the SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM2 (SABR 2006-WM2),<br><br>Plaintiff,<br><br>v.<br><br>WMC MORTGAGE, LLC f/k/a WMC MORTGAGE CORP.,<br><br>Defendant. | Case No: 3:12-cv-01538-CSH<br><br><br><br><br><br><br><br><br><br>November 30, 2017 |

**PLAINTIFF'S MOTION SEEKING EMERGENCY
RELIEF TO STRIKE DEFENDANT'S PREVIOUSLY
UNDISCLOSED WITNESSES FROM ITS WITNESS LIST**

Plaintiff TMI Trust Company (the "Separate Trustee" or "TMI") seeks emergency relief from the just-submitted witness list of defendant WMC Mortgage LLC ("WMC"), and respectfully seeks an immediate Order of the Court striking eight witnesses who were not previously disclosed in WMC's Rule 26 disclosures, and precluding those individuals from testifying at trial. As set forth in further detail in the accompanying Memorandum of Law, the Federal Rules of Civil Procedure prohibit a party from offering a witness at trial that was not previously disclosed in accordance with Fed. R. Civ. P. 26.

For these reasons and the reasons set forth in the accompanying Memorandum of Law, the Separate Trustee respectfully requests that its motion seeking emergency relief to strike WMC's previously undisclosed witnesses from its witness list be GRANTED.

Dated: November 30, 2017

Respectfully submitted,

TMI Trust Company, solely in its capacity as Separate Trustee of the Securitized Asset Backed Receivables LLC Trust 2006-WM2

/s/ Harvey J. Wolkoff
Harvey J. Wolkoff (*phv* 01103)
Daniel V. Ward (*phv* 05850)
Kathryn E. Wilhelm (*phv* 08528)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel.: (617) 951-7703
Fax: (617) 951-7050
harvey.wolkoff@ropesgray.com
daniel.ward@ropesgray.com
kathryn.wilhelm@ropesgray.com

Thomas D. Goldberg (ct 04386)
Kevin C. Brown (ct 29774)
DAY PITNEY LLP
One Canterbury Green
201 Broad Street
Stamford, Connecticut 06901
Tel.: (203) 977-7300
Fax: (203) 977-7301
tgoldberg@daypitney.com
kbrown@daypitney.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2017, the foregoing Motion to Strike Defendant's Undisclosed Witnesses from its Witness List was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.

                                                       /s/ Daniel V. Ward
                                                       Daniel V. Ward