# Exhibit A - Withheld