# Exhibit C - Withheld