**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TMI TRUST COMPANY, solely in its capacity as Separate Trustee of the SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM2 (SABR 2006-WM2),<br><br>Plaintiff,<br><br>    v.<br><br>WMC MORTGAGE, LLC f/k/a WMC MORTGAGE CORP.,<br><br>Defendant. | Civil Action No.<br>3:12-cv-01538 (CSH) |

**MOTION TO FILE UNDER SEAL**

Pursuant to District of Connecticut Local Civil Rule 5(e), Defendant WMC Mortgage, LLC ("WMC"), hereby moves for permission to seal exhibits A and C through E (the "Confidential Exhibits") to the Declaration of Matthew S. Hellman in Support of WMC Mortgage, LLC's Opposition to Plaintiff's Motion to Strike Defendant's Previously Undisclosed Witnesses and those portions of WMC Mortgage, LLC's Opposition to Plaintiff's Motion to Strike Defendant's Previously Undisclosed Witnesses ("Opposition to Motion to Strike") that relate to or reflect those exhibits. Consistent with Local Rule 5(e)(4), public versions of the Confidential Exhibits and the Opposition to Motion to Strike, which redact the Confidential Exhibits and the portions of the Opposition to Motion to Strike that relate to or reflect the confidential information contained in the Confidential Exhibits, are being filed contemporaneously with this Motion. Unredacted copies of the same are being submitted to the Office of the Court Clerk.

1

Courts have discretion to seal documents that contain confidential information. *See Louis Vuitton Malletier S.A. v. Sunny Merch. Corp.*, 97 F. Supp. 3d 485, 510-12 (S.D.N.Y 2015). State and Federal laws protect individual borrowers' personal financial information. *See* Gramm-Leach-Bliley Act, 15 U.S. C. § 6801 et seq. Courts have recognized the need to protect the privacy interests of third parties. *See United States v. Amodeo*, 71 F.3d 1044, 1050-51 (2d Cir. 1995) (observing that the privacy interests of third parties should be given additional weight).

Sealing is also appropriate where materials constitute "confidential . . . commercial information," which includes, among other documents, internal business documents and information about a business's operations. *See* Fed. R. Civ. P. 26(c)(1)(G); *Louis Vuitton*, 97 F. Supp. 3d at 510-12 (S.D.N.Y 2015) (holding that redactions of "confidential business information," including "internal business documents, investigative reports, and information about [] business operations," were proper). Moreover, the Protective Order in this case permits a Producing Party to designate as Confidential materials that "constitute[] and/or contain[] non-public, confidential, personal, business, strategic, proprietary, or commercially sensitive information." (*See* Protective Order at § 2.3, Dkt. 58.) The Protective Order further permits and in fact requires the parties to submit materials designated as "Confidential" under seal. (*Id.* at § 9.)

All of the information that WMC seeks to seal contains or reflects either non-public borrower information that is protected by various State and Federal laws or commercial information designated as confidential by the parties or third parties who agreed to be bound by the Protective Order. Pursuant to Federal Rule 26 and consistent with the Protective Order in this Case, this Court and others have recognized the need to protect this type of information from unnecessary disclosure.

WHEREFORE, Defendant WMC Mortgage, LLC respectfully requests that this Motion be GRANTED and that the above-described documents be sealed.

Dated:  December 4, 2017

Respectfully submitted,

**CARMODY TORRANCE SANDAK & HENNESSEY LLP**

 /s/ Howard K. Levine

| | |
|---|---|
| Anthony M. Fitzgerald (ct04167) | Barbara S. Steiner (*pro hac vice*) |
| Howard K. Levine (ct10555) | Megan B. Poetzel (*pro hac vice*) |
| CARMODY TORRANCE | Michael A. Doornweerd (*pro hac vice*) |
| SANDAK & HENNESSEY LLP | JENNER & BLOCK LLP |
| 195 Church St., 18th Floor | 353 N. Clark St. |
| New Haven, CT 06509 | Chicago, IL 60654 |
| Phone: 203 777-5501 | Phone: 312 222-9350 |
| Fax: 203 784-3199 | Fax: 312 527-0484 |

Matthew S. Hellman (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave NW
Washington, DC 20001-4412
Phone: 202 639-6000
Fax: 202 639-6066

*Attorneys for Defendant WMC Mortgage, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December 2017, the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF System.

/s/ Howard K. Levine
Howard K. Levine (ct10555)
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
P.O. Box 1950
New Haven, CT  06509-1950
Tel:  203-777-5501
Fax:  203-784-3199
E-mail:  hlevine@carmodylaw.com