Civil- (Dec-2008)

HONORABLE: Charles S. Haight, Jr.
DEPUTY CLERK: A. Campbell
RPTR/ECRO/TAPE: Falzarano
TOTAL TIME: 3 hours 42 minutes
DATE: 12/4/2017   START TIME: 10:41am   END TIME: 3:30pm
LUNCH RECESS   FROM: 12:24pm   TO: 1:31pm
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:12-cv-1538(CSH)

TMI Trust Company
vs
WMC Mortgage, LLC et al

Ward, Wilhelm, Brown
Plaintiff's Counsel

Doornweerd, Poetzel
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing
[x] Evidentiary Hearing
[ ] Miscellaneous Hearing
[ ] Show Cause Hearing
[ ] Judgment Debtor Exam

[✓] #185 Motion in Limine To Partially Exclude Expert Damages — [ ] granted [ ] denied [✓] advisement
[✓] #186 Motion in Limine To Exclude the Expert Testimony of — [ ] granted [ ] denied [✓] advisement
[ ] # Motion Nigel Brazier — [ ] granted [ ] denied [ ] advisement
[✓] #187 Motion in Limine To Exclude the Expert Testimony of — [ ] granted [ ] denied [✓] advisement
[ ] # Motion Peter Ross — [ ] granted [ ] denied [ ] advisement
[✓] #228 Motion Strike Defendant's Previously Undisclosed Witnesses — [ ] granted [ ] denied [✓] advisement
[✓] #180 Motion Limine To Exclude Certain Testimony of WMC's Exper — [ ] granted [ ] denied [✓] advisement
[ ] Oral Motion — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion — [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion — [ ] granted [ ] denied [ ] advisement

[ ] Briefs(s) due ___  [ ] Proposed Findings due ___  Response due ___
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ Hearing continued until ___ at ___

Notes: Cost of transcript will be split between the parties