UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TMI TRUST COMPANY, solely in its capacity as Separate Trustee of the Securitized Asset Backed Receivables LLC Trust 2006-WM2,<br><br>Plaintiff,<br><br>v.<br><br>WMC MORTGAGE, LLC f/k/a WMC MORTGAGE CORP.,<br><br>Defendant. | Civil Action No.<br>3:12-cv-1538 (CSH)<br><br><br>**June 11, 2018** |

## ORDER

**HAIGHT, Senior District Judge:**

The post-trial summations of counsel, to be heard by the Court on June 12, 2018, will follow this order:

Counsel for TMI will be heard first; then counsel for WMC will be heard; then counsel for TMI may be heard in reply.

Following the Court's usual practice, counsel for the parties may then, in turn, make such further arguments as they may think appropriate; provided, however, that counsel for TMI, the plaintiff bearing the burden of proof, will have the last word before the case is submitted for decision.

The Court imposes no time limits on counsel, save for the direction that all oral submissions should be completed by the end of the trial day on June 12.

The Court has read all post-trial written submissions. They are of considerable length, and of high quality (for which all counsel are commended). While counsel may structure their arguments as they see fit, the Court regards the following questions as of particular import and interest:

**For TMI:**

What are the alternative amounts of damages to which TMI is entitled?

Upon what facts and rules of law, as to liability and damages, does TMI rely for those alternative entitlements?

Why should the amount more favorable to TMI be preferred?

**For WMC:**

Does WMC contend that TMI should make no recovery at all?

Upon what facts and rules of law does WMC rely for that conclusion?

If WMC is liable for any damages, what is the amount that TMI is entitled to receive?

Upon what facts and rules of law does WMC rely in calculating that amount?

SO ORDERED.

Dated: New Haven, Connecticut
     June 11, 2018

                                            */s/Charles S. Haight, Jr.*
                                            CHARLES S. HAIGHT, JR.
                                            Senior United States District Judge