# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TMI TRUST COMPANY, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF THE SECURITIEZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM2 (SABR 2006-WM2),<br><br>            Plaintiff,<br><br>v.<br><br>WMC MORTGAGE, LLC F/K/A WMC MORTGAGE CORP.,<br><br>            Defendant. | Civil Action No.<br>3:12-cv-01538 (CSH) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), Plaintiff TMI Trust Company, solely in its capacity as Separate Trustee of the Securitized Asset Backed Receivables LLC Trust 2006-WM2, and Defendant WMC Mortgage, LLC, hereby stipulate to the dismissal with prejudice of this action. Each party shall bear its own costs and attorney's fees. This stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument, and facsimile and PDF signatures shall have the same force and effect as original signatures.

Dated: December 30, 2019

By: /s/Daniel V. Ward

ROPES & GRAY LLP
Daniel V. Ward
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Tel.: (617) 951-7000
Fax: (617) 951-7050
Email: daniel.ward@ropesgray.com

Thomas D. Goldberg (ct 04386)
Kevin C. Brown (ct 29774)
DAY PITNEY LLP
One Stamford Plaza, 7th Floor
263 Tresser Boulevard
Stamford, Connecticut 06901
Tel.: (203) 977-7300
Fax: (203) 977-7301
Email: tgoldberg@daypitney.com
Email: kbrown@daypitney.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Harvey J. Wolkoff
111 Huntington Avenue
Boston, Massachusetts 02199
Tel. (617) 712-7100
Fax (617) 712-7200
Email: harveywolkoff@quinnemanuel.com

*Attorneys for Plaintiff TMI Trust Company, solely in its capacity as Separate Trustee of SABR 2006-WM2*

By: /s/Megan B. Poetzel

JENNER & BLOCK LLP
Megan B. Poetzel
Michael A. Doornweerd
353 N. Clark Street
Chicago, Illinois 66054
Tel: (312) 222-9350
Fax: (312) 527-0484
Email: Mpoetzel@jenner.com
Email: MDoornweerd@jenner.com

Howard K. Levine (ct 10555)
CARMODY TORRANCE SANDAK & HENNESSEY LLP
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509
Tel: (203) 777-5501
Fax: (203) 784-3199
Email: hlevine@carmodylaw.com

*Attorneys for Defendant WMC Mortgage, LLC*

## CERTIFICATE OF SERVICE

I hereby certify on December 30, 2019, the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed electronically and served by email to all parties by operation of the Court's electronic CM/ECF filing system.

Dated: December 30, 2019

/s/Kevin C. Brown
   Kevin C. Brown